```
                               FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2000 APR -4  A 11: 15

                          LORETTA G. WHYTE
                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNIE RILEY | CIVIL ACTION |
| VERSUS | NO. 00-317 |
| LOUISIANA | SECTION "S" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that petitioner's application for writ of habeas corpus is hereby TRANSFERRED to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 3 day of April, 2000.

DATE OF ENTRY
APR 0 4 2000

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_√_ CtRmDep
    Doc.No. 3