```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2000 APR -4  A 11: 15

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNIE RILEY | CIVIL ACTION |
| VERSUS | NO: 00-0317 |
| LOUISIANA | SECTION: "S" (2) |

JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the petitioner's application for a writ of habeas corpus is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this ___3___ day of April, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 0 4 2000

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
Doc.No. _____